FILED
CHARLOTTE, NC
OCT 1 0 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:07MC120

IN RE:   OFFICIAL COURT CLOSING

## ORDER

**THIS MATTER** is before the Court upon its own motion. The United States District Court and all related court agencies will be closed on Thursday, November 22, 2007, and Friday, November 23, 2007, for the Thanksgiving holiday.

**IT IS, THEREFORE, ORDERED** this 9th day of October,

Robert J. Conrad, Jr., Chief
U.S. District Court Judge