UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:07mc120

IN RE:   OFFICIAL COURT CLOSING

FILED
CHARLOTTE, NC
NOV 1 6 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## O R D E R

**THIS MATTER** is before the Court upon its own motion.

The Administrative Office of the United States Courts will be closed on Monday, December 24, 2007, and Monday, December 31, 2007, thereby extending both holiday weekends. The United States District Court for the Western District of North Carolina will therefore also be closed on December 24, 2007, and December 31, 2007.

**IT IS, THEREFORE, ORDERED** this 16th day of November, 2007.

*Robert J. Conrad*
Robert J. Conrad, Jr., Chief
U.S. District Court Judge